# Court of Appeals
# of the State of Georgia

ATLANTA,     August 03, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1890.  IN THE INTEREST OF: R. S. , A CHILD.**

Appellee has filed a Motion to Dismiss the appeal on the grounds that appellant has failed to file a brief. This case was docketed on June 4, 2015. Appellant's brief was due June 24, 2015.  Rule 23 (a) of this Court states: "Appellant's brief . . . shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt."

As of the date of this order, appellant has failed to file the brief and enumerations of error. Upon consideration of appellee's Motion to Dismiss, the same is hereby granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     08/03/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*